# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff,

-vs-

Case No. 3:08-CR-098-02

District Judge Thomas M. Rose

DAVID DETRICK,

Defendant.

---

## JUDGMENT ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND IMPOSING SENTENCE

---

Pursuant to the record set forth in open Court on February 15, 2012, the Defendant appeared with Counsel, and entered an admission to the violations of supervised release as alleged by the U.S. Probation Department. The Court accepted the admissions and found that the Defendant had violated the conditions of his supervised release as alleged and proceeded immediately to sentencing. The Court ORDERED that:

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of five (5) months. The sentence will not be followed by any period of supervised release.

The Defendant was explained his right of appeal and indicated an understanding of same.

The Defendant is remanded to the custody of the U.S. Marshal.

IT IS SO ORDERED.

Date: 2-15-12

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT